July 18, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CLEAR LAKE CENTER, L.P., Appellant

NO. 14-12-00414-CV            V.

GARDEN RIDGE, L.P, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Garden Ridge, L.P, signed, April 27, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment.

Therefore, we **REVERSE** those portions of the trial court's judgment awarding appellee (a) $470,087.53 on its breach of contract claim; (b) attorney's fees in the amount of $530,000.00; (c) costs; (d) prejudgment interest; and (e) postjudgment interest. We **RENDER** judgment that appellee's claims accruing before September 10, 2005, are barred by the statute of limitations. We **REMAND** for a new trial. We **AFFIRM** the trial court's judgment in all other respects.

We order appellee to pay all costs incurred in this appeal.

We further order this decision certified below for observance.